# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### NORTHERN DISTRICT OF MISSISSIPPI

ARLEN B. COYLE
CLERK

September 19, 2006

301 WEST COMMERCE STREET
SUITE 310
POST OFFICE BOX 704
ABERDEEN, MS 39730
TELEPHONE: (662)369-4952
FACSIMILE: (662)369-9569

911 JACKSON AVENUE, SUITE 369
OXFORD, MS 38655
TELEPHONE: (662) 234-1971
FACSIMILE: (662) 236-5210

305 MAIN STREET, SUITE 329
GREENVILLE, MS 38701
TELEPHONE: (662) 234-1351
FACSIMILE: (662) 332-4292

Mr. Thomas Gould
Clerk of Court
U.S. District Court WDTN
Room 242, Federal Building
167 N. Main Street
Memphis, TN  38103

Re: Estate of Mitzi Dunn v. American Health Centers, Inc., et al
    No. 4:05cv114-D-B

Dear Mr. Gould:

Enclosed please find a certified copy of an electronically filed Order transferring the above styled case to the Western District of Tennessee. Also enclosed is a certified copy of the docket entries. We are requesting that you retrieve the remainder of our court file via the Pacer System since we have been on the CM/ECF filing system since that time.

If you have any questions concerning this matter, I may be reached at 662/234-1351.

Sincerely,

ARLEN B. COYLE, CLERK

By:   s/Dean Dacus, Deputy Clerk
      Greenville Division

Enclosure