# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

ESTATE OF MITZI DUNN,
Plaintiff,

v.

AMERICAN HEALTH CENTERS, INC.,
AMMED, INC., JAMES M. SMITH,
JEFFERY PARRISH and
MELISSA M. BROWN,
Defendants,

CASE NUMBER: 2:06-cv-2840-B

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in compliance with the order entered in the above-styled matter on 6/24/2008, the Defendants' Motion to Dismiss is GRANTED. According, this case is hereby DISMISSED.

**APPROVED:**

s/J. Daniel Breen
United States District Judge

**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**