Case No. 08-5937

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

MITZI DUNN,

    Plaintiff - Appellant

v.

AM MED, INC.; JAMES M. SMITH; JEFFERY PARRISH; MELISSA M. BROWN; AMERICAN HEALTH COMPANIES,

    Defendants - Appellees

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

> The Form of Appearance was not filed by August 14, 2008.
> Civil Appeal Statement of Parties & Issues was not filed by August 14, 2008.
> Designation of Record on Apeal was not filed by August 14, 2008.
> Disclosure of Corporate Affiliations was not filed by August 14, 2008.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                          **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: September 03, 2008